IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **EVELYN CAMPBELL, individually and on behalf of all similarly situated individuals,** ) ) ) | |
| **Plaintiff,** ) ) | Civil Action No.: 14-00524 |
| vs. ) ) | |
| **DYNAMIC RECOVERY SOLUTIONS, -LLC,** ) ) ) | |
| **Defendant.** ) ) | |

_____

### JOINT STIPULATION OF DISMISSAL
_____

COME NOW, the Parties in this action, through undersigned counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the immediate dismissal of this action, with prejudice, as to the claims of the Plaintiff, Evelyn Campbell, each party to bear their costs, based upon the reconciliation and settlement of all issues reached by the Parties.

**DATED** this the 15th day of June, 2015.

| | |
|---|---|
| /s/ Laura Nettles  *(with consent)* | /s/ Earl P. Underwood, Jr. |
| Laura C. Nettles | Earl P. Underwood, Jr. |
| Attorney for Dynamic Recovery Solutions | Attorney for Evelyn Campbell |
| Lloyd, Gray, Whitehead & Monroe, P.C.2500 | Underwood & Riemer, P.C. |
| 2501 Twentieth Place S., Ste. 300 | 21 S Section Street |
| Birmingham, AL 35223 | Fairhope, AL 36532 |
| Telephone: 205-967-8822 | Telephone: 251-990-0626 |